IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WELLS FARGO BANK N.A., as Trustee )
for the registered holders of )
LaSalle Commercial Mortgage )
Securities Trust 2006-MF4, )
Commercial Mortgage Pass-Through )
Certificate Series 2006-MF4,, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-067
)
WARREN E. RATCHFORD, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties Stipulation of Dismissal With Prejudice. (Doc. 33.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, Plaintiff's Motion to Dismiss for Lack of Jurisdiction (Doc. 16), Motion for Summary Judgment (Doc. 19), and Motion to Strike (Doc. 28) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of May 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA